UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Liza Ayala,<br><br>              Plaintiffs,<br><br>     vs.<br><br>Creditors Specialty Service, Inc, et al.,<br><br>              Defendants. | Case No.: 1:11-CV-01469-LJO-JLT<br><br>**ORDER**<br><br>(Doc. 14) |

     Based on the Stipulation of counsel, the Court **ORDERS**:

     1.    The settlement conference currently set on January 13, 2012 is continued to January 27, 2012 at 1:30 p.m.;

     2.    Counsel SHALL e-mail their confidential settlement conference statements, as set forth in the Scheduling Order (Doc. 10 at 5-6), no later than January 20, 2012.  If the matter is not in a settlement posture, in lieu of the settlement conference statements, counsel SHALL file a joint statement reciting the situation and indicating whether the conference should be vacated or rescheduled.

IT IS SO ORDERED.

Dated:   **January 12, 2012**                   **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE