IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA AYALA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:11-CV-01469-LJO-JLT<br><br>**ORDER ON PLAINTIFF'S REQUEST TO CONTINUE HEARING DATE**<br>(Doc. 25) |

Plaintiff Liza Ayala ("Ms. Ayala") requests to continue the hearing date on her motion for summary judgment. The hearing on Ms. Ayala's motion for summary judgment set for September 17, 2012, before U.S. District Judge O'Neill is VACATED, and the matter submitted on the pleadings, pursuant to Local Rule 230(g). Defendant Creditors Specialty Service, Inc.'s opposition to Ms. Ayala's motion for summary judgment is due on September 17, 2012. Ms. Ayala's reply, if any, is due on September 24, 2012.

IT IS SO ORDERED.

**Dated:   August 28, 2012**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1