IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA AYALA, | CASE NO. CV F 11-1469 LJO JLT |
| Plaintiff, | **ORDER FOR DEFENDANT TO FILE AND SERVE ANSWER** |
| vs. | (Doc. 30.) |
| CREDITORS SPECIALTY SERVICE, INC., | |
| Defendant. | |
| _____/ | |

Review of the docket reveals that defendant has opposed plaintiff's summary judgment motion but has filed no answer to the operative first amended complaint. As such, this Court ORDERS defendant, no later than December 4, 2012, to file and serve an answer to the first amended complaint. This Court will enter default against defendant if it fails to file an answer.

IT IS SO ORDERED.

**Dated:   November 28, 2012**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE