UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liza Ayala,<br><br>        Plaintiff,<br><br>   vs.<br><br>Creditors Specialty Service, Inc.; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 1:11-CV-01469-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL CONFERENCE**<br><br>**(Doc. 38)** |

   Based on the Stipulation of counsel, the Pretrial Conference set for December 13, 2012 at 10:00 A.M is hereby continued to December 20, 2012 at **8:30 A.M.**, and counsel may appear via CourtCall.

IT IS SO ORDERED.

   Dated:   **December 6, 2012**              /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE