IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZ AYALA,<br><br>            Plaintiff,<br><br>    v.<br><br>CREDITOR SPECIALTY SERVICE, INC.,<br><br>            Defendants. | Case No. 1:11-cv-01469 LJO JLT<br><br>**ORDER TO DEFENDANT TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED** |

  This action was commenced on September 1, 2011, when Plaintiff filed her complaint against Defendant. (Doc. 1) On October 26, 2012, Defendant filed its answer. (Doc. 6) On February 15, 2012, Plaintiff filed a motion to amend her complaint. (Doc. 18) Defendant did not oppose this motion and on March 22, 2012. (Doc. 23) In this order, the Court required Plaintiff to file her amended complaint within two days. Id. at 3. Rather than doing so, on August 17, 2012, Plaintiff filed her motion for partial summary judgment. (Doc. 24) Defendant filed its opposition on September 17, 2012. (Doc. 27)

  In reviewing the motion, the Court noted that Plaintiff had never filed its amended complaint. (Doc. 30) The Court issued a minute order indicating that it would rely upon the proposed amended complaint filed with the motion to amend (Doc. 18-3) as the operative complaint. On October 19, 2012, the Court issued the order denying the motion for partial

1

summary judgment. (Doc. 31)  In doing so, the Court observed that Defendant had not answered the first amended complaint. Id. at 9.  The Court ordered Defendant to file its answer within two weeks. Id.  However, Defendant did not do so.  Once again, on November 28, 2012, the Court ordered Defendant to file its answer to the first amended complaint no later than December 4, 2012. (Doc. 33)  The Court ordered, "[T]his Court ORDERS defendant, no later than December 4, 2012, to file and serve an answer to the first amended complaint. **This Court will enter default against defendant if it fails to file an answer**." Id., emphasis added.  Once again, Defendant failed to file the answer.

**ORDER**

Accordingly, the Court **ORDERS**:

1. No later than December 10, 2012, Defendant, Creditors Specialty Service, Inc., **SHALL** show cause why default should not be entered against it. Alternatively, Defendant **SHALL** file its answer to the First Amended Complaint no later than December 10, 2012.

**Defendant is advised that failure to respond to this order SHALL result in the Court entering default against if for failing to comply with the Court's order.**

IT IS SO ORDERED.

Dated:   **December 6, 2012**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE