IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZ AYALA,<br><br>         Plaintiff,<br><br>    v.<br><br>CREDITOR SPECIALTY SERVICE, INC.,<br><br>         Defendants. | Case No. 1:11-cv-01469 LJO JLT<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(Doc. 42)** |

On December 6, 2012, the Court issued an order Defendant to show cause why default should not be entered as a result of its failure to comply with the Court's orders to file an answer to the First Amended Complaint.  Doc. 42.  This order, however, was not docketed until December 7, 2012.  In the meanwhile, Defendant filed its answer.  Doc. 40.  Thus, the order to show cause is moot and the Court **DISCHARGES** the order.

IT IS SO ORDERED.

Dated:   **December 10, 2012**                    /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

1