IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZ AYALA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CREDITOR SPECIALTY SERVICE, INC.,<br><br>　　　　　　　Defendants. | Case No. 1:11-cv-01469 LJO JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 48)** |

On January 15, 2013, Plaintiff filed a notice of settlement of this matter. Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. No later than March 1, 2013, the parties **SHALL** file a stipulated request for dismissal;

2. All pending dates, including the trial date, are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order. See Local Rules 110, 160.**

IT IS SO ORDERED.

　Dated:   **January 16, 2013**　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1