1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
9       EASTERN DISTRICT OF CALIFORNIA
10      FRESNO DIVISION

|  |  |
|---|---|
| Liza Ayala, | Case No.: 1:11-CV-01469-JLT |
| Plaintiff, | **ORDER DISMISSING CASE AND CLOSING THE MATTER** |
| vs. | (Doc. 50) |
| Creditors Specialty Service, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:   **March 4, 2013**                    **/s/ Jennifer L. Thurston**
                                                                                  UNITED STATES MAGISTRATE JUDGE